THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION LIMITED, a foreign limited liability corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OSPREY UNDERWRITING AGENCY LIMITED, AND ITS CERTAIN UNDERWRITERS, a foreign unincorporated entity and/or corporation, and AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., believed to be a New York corporation,<br><br>　　　　　　Defendants. | **Case No.: 15-cv-00043-RSM**<br><br>PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), and pursuant to the Court's Scheduling Order, Plaintiff hereby makes the following disclosure of experts whose testimony may be used at trial.

**EXPERT WITNESS DISCLOSURE**

1.　Elliott S. Flood
　　8300 Adirondack Trail
　　Austin, TX 78759
　　512-215-0596

---

Case No.: 15-cv-00043-RSM
PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES - 1

**Jed Powell & Associates, PLLC**
7525 Pioneer Way, Suite 101
Gig Harbor, WA 98335
Email: jed@jedpowell.com
Phone: 253-561-8791

Plaintiffs expect to call Elliott Flood as an expert in the fields of insurance coverage and proper claims handling practices.  Mr. Flood's preliminary expert report and CV are attached hereto as Exhibit 1.  Mr. Flood's opinions to be presented the trial in this matter are based on his training, education, experience, and review of the records in this matter, among other things.  As discovery has barely commenced, with the first deposition scheduled for January 12, 2017, this report is necessarily preliminary and will be promptly supplemented as appropriate.  His hourly rate is $350.

**RESERVATION OF RIGHTS**

1. Plaintiff reserves the right to call any expert witness not included on this list that is included in the list provided by Plaintiff.

2. Plaintiff reserves the right to supplement this disclosure pursuant to FRCP 26(a)(2) and to include other witnesses who are revealed during the course of discovery.

3. Discovery is ongoing in this case, and as of this date the parties have not yet taken any depositions.  Plaintiff accordingly reserves the right for Mr. Flood to supplement his opinions following review of depositions of the parties and witnesses and other discovery.

4. Plaintiff reserved the right to call rebuttal experts.

5. Plaintiff reserves the right to call additional experts at trial if warranted by on on-going discovery.

6. Plaintiff reserves the right to elicit expert testimony from lay witnesses, including but not limited to coverage counsel and medical providers.

Case No.: 15-cv-00043-RSM
PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES - 2

**Jed Powell & Associates, PLLC**
7525 Pioneer Way, Suite 101
Gig Harbor, WA 98335
Email: jed@jedpowell.com
Phone: 253-561-8791

1  **DATED** this 3rd day of January, 2017.

2

3              JED POWELL & ASSOCIATES, PLLC

4              ***/s/ JOHN E.D. POWELL via ECF***
            John E. D. Powell WSBA No. 12941

5              7525 Pioneer Way, Suite 101
            Gig Harbor, WA 98335

6              (206) 618-1753
            jed@jedpowell.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Case No.: 15-cv-00043-RSM      **Jed Powell & Associates, PLLC**
PLAINTIFF'S DISCLOSURE OF EXPERT   7525 Pioneer Way, Suite 101
WITNESSES - 3             Gig Harbor, WA 98335
                Email: jed@jedpowell.com
                Phone: 253-561-8791

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

*Attorneys for Defendant*
*Osprey Underwriting Agency:*

Richard F. Allen, WSBA #2411
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA  98104
Telephone:  206-340-1000
Facsimile:  206-621-8783
Email:  rallen@cozen.com

DATED this 3rd day of January, 2017.

JED POWELL & ASSOCIATES, PLLC

*/s/ Toni M. Conway*
Toni M. Conway
Assistant to John E.D. Powell

Case No.: 15-cv-00043-RSM
PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES - 4

**Jed Powell & Associates, PLLC**
7525 Pioneer Way, Suite 101
Gig Harbor, WA 98335
Email: jed@jedpowell.com
Phone: 253-561-8791